IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROY A. DAY,**

    **Plaintiff,**

**v.**                                           Case No. 4:21-cv-425-AW-MAF

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff Roy A. Day filed a pro se complaint seeking compensatory, injunctive, and declaratory relief from alleged civil rights violations. ECF No. 1 ¶¶ 5-7, 9-10. Day is a serial litigant who has repeatedly failed to comply with court orders applicable to future filings, and he keeps filing frivolous cases. *See* ECF No. 6 at 1-4. The magistrate judge recommends dismissal because the claims in this case are frivolous and because Day did not comply with court orders before filing the case. ECF No. 6. Having considered the report and recommendation (ECF No. 6), and having considered de novo the issues raised in Day's objections (ECF No. 7), I conclude the magistrate judge is correct: The case is frivolous, and Day has not complied with court orders. Based on these facts, I will dismiss the case.

The magistrate judge also recommends an injunction prohibiting future pro se filings. Day's repeated frivolous filings certainly consume judicial resources that could be used on other, nonfrivolous claims. And it is true that "[f]ederal courts have

1

both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *Procup v. Strickland*, 792 F.2d 1069, 1073 (11th Cir. 1986) (en banc). But a blanket prohibition on pro se filings could be broader than necessary. *See id.* at 1074. And other restrictions already in place (if enforced) could be sufficient. Therefore, although Day must comply with injunctive orders issued in other cases—including those referenced in the Report and Recommendation—I will not impose further restrictions.

The Report and Recommendation (ECF No. 6) is adopted in part. The clerk will enter judgment that says, "This case is dismissed with prejudice as frivolous and as an abuse of the judicial process." The clerk will also institute procedures to ensure that future filings are accepted only if Day complies with existing orders.

The clerk will close the file. All pending motions are denied as moot.

SO ORDERED on February 22, 2022.

            s/ *Allen Winsor*
            United States District Judge